UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAKE DANIEL VOIE,

        Petitioner,

    v.

KATHY GREY,

        Respondent.

Case No.  C04-1765 RJB/KLS

ORDER GRANTING MOTION
TO AMEND CASE CAPTION

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Respondent's motion (Dkt. # 35, p. 1) to change the case caption to properly reflect the respondent as Kenneth Quinn, the superintendent of the Monroe Correctional Complex where petitioner is housed, shall be **GRANTED**.

    Accordingly, the Clerk of the Court is directed to change the case caption to reflect the respondent as Kenneth Quinn.

    DATED this  5th  day of September, 2006.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1