1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

JAKE DANIEL VOIE,

        Petitioner,

    v.

KATHY GREY,

        Respondent.

Case No. C04-1765 RJB/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
DISMISSING CASE AS TIME
BARRED PURSUANT TO 28 U.S.C.
§ 2244(d)

13

14

15

16

      The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Magistrate Judge Karen L. Strombom,  and the remaining record, does hereby find and ORDER:

17

18

19

20

21

22

23

24

25

    (1)    The Court adopts the Report and Recommendation, with the revision set forth below.

    (2)    Petitioner's conviction became final for purposes of 28 U.S.C. § 2244(d)(1)(A) thirty days after he was his judgment and sentence was entered by the clerk on June 26, 2002.  *See* Washington RAP 5.2(a).  This petition for writ of habeas corpus was signed on August 31, 2004, more than one year after petitioner's conviction became final pursuant to 28 U.S.C. § 2244(d)(1)(A).  Respondent's motion to dismiss as time barred (Dkt. 35) is **GRANTED**.

    (3)    Petitioner's writ of habeas corpus (Dkt.  9) is **DISMISSED WITH PREJUDICE**.

26

ORDER - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

defendants and to the Hon. Karen L. Strombom.


DATED this 10th day of October, 2006.



ROBERT J. BRYAN
United States District Court Judge

ORDER - 2